UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tonii Greene and Tricia Greene,                    Civil No. 09-cv-00719 DWF/JJK

    Plaintiffs,

vs.

Home Loan Services, Inc. d/b/a First Franklin     **JOINT STIPULATION TO**
Loan Services, and U.S. Bank, N.A., as Trustee    **EXTEND DISCOVERY DEADLINE**
for First Franklin Mortgage Loan Trust,
Mortgage Pass-Through Certificates, Series
2005-FF10,

    Defendants.

    THE PARTIES ABOVE-NAMED, through their undersigned counsel, due to the nature of documents involved in discovery, now propose and agree to the following scheduling deadlines, and the entry of a scheduling order by the Court approving these deadlines:

1. Discovery deadline to be May 3, 2010.
2. Non-dispositive motions and supporting documents, including those which relate to fact discovery, shall be filed and served on or before May 17, 2010.

**CHRISTENSEN LAW OFFICE PLLC**            **WILFORD & GESKE, P.A.**


By: /s/ Carl E. Christensen                By: /s/ Christina M. Weber
    Carl E. Christensen, #350412              Christina M. Weber, #034963X
    1422 West Lake Street, Suite 216           8425 Seasons Parkway, Suite 105
    Minneapolis, Minnesota 55408               Woodbury, Minnesota 55125
    612-823-4016                               651-209-3300
    Attorneys for Plaintiff                    Attorneys for Defendants