UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tonii Greene and Tricia Greene,<br><br>Plaintiffs,<br><br>v.<br><br>Home Loan Services, Inc. d/b/a First Franklin Loan Services, and U.S. Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-FF10,<br><br>Defendants. | Civil File No. 09-CV-719 (DWF/JJK)<br><br>PLAINTIFFS' MOTION TO COMPEL DISCOVERY<br><br><br>Oral Argument Requested |

MOTION

Pursuant to Rules 6, 26, 31, 33, 36, and 37 of the Federal Rules of Civil Procedure, Rule 7.1 of the Local Rules of Court, and pursuant to this Court's Pretrial Scheduling Order of August 1, 2010, Plaintiffs Tonii Greene and Tricia Greene move this Court to allow Plaintiffs' Motion to Compel as set forth in the attached Memorandum of Law and supporting affidavit and exhibits.

                                                              **CHRISTENSEN LAW OFFICE PLLC**

Dated: April 23, 2010          By: ___/s/ Carl Christensen_____
                                                  Carl Christensen (# 0350412)
                                                  1422 West Lake Street, Suite 216
                                                  Minneapolis, Minnesota 55408
                                                  (612) 823-4016
                                                  (612) 823-4777 fax
                                                  carl@clawoffice.com
                                                  Attorney for Plaintiffs

1