# CHRISTENSEN
## LAW OFFICE PLLC

1422 West Lake Street, Suite 216, Minneapolis, MN 55408
Phone: 612-823-4016  Fax: 612-823-4777

*Jill A. Brisbois*
*Carl E. Christensen*
*Daniel M. Eaton*

*Author's direct dial: 612-823-4016*
*email: carl@clawoffice.com*

The Honorable Donovan W. Frank
U.S. District Judge, District of Minnesota
United States District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

July 13, 2010                                                              **by ECF and post**

Re: Cross Motion Scheduling: *Green v. Home Loan Services* et al.
Court No: 09-CV-719 (DWF/JJK)
Our File No: CV-111-09

Dear Judge Frank,

I am writing the Court to clear up and clarify the record related to my July 9, 2010 letter and correspondence with counsel related to Plaintiffs' submission of materials in support of their summary judgment motion.

On July 9, I requested an extension to submit my supporting materials for plaintiffs' cross motion for summary judgment until July 12, and counsel for defendants, Christina Weber, stated that she did not object. On July 12, I asked for a second extension until July 13, and counsel did not object.

I have also communicated with Courtroom Deputy Brenda Schaffer about the calendaring for our cross motions at the scheduled date of August 20, 2010. She believes that there will be adequate time for the parties to bring their respective motions, especially because both motions have the same factual underpinnings. She also informed me that she may change the time of the hearing and I should notice my motion when I receive the new time.

Finally, with respect to the continuance of the submission dates for the materials in support of the motion, Ms. Schaffer stated that I could write a letter to the file informing the Court that there was no objection from counsel, and as long as the request was not for a significant amount of time (she gave the example of a week) a stipulation and order would not be necessary.

I thank the Court for its accommodation for plaintiffs.

Yours very truly,

Carl E. Christensen
cc: Tonii and Tricia Greene
Christina Weber
Erik Cook